## No. 14,176.

HACKETT *v.* MULLEN ET AL.
(72 P. [2d] 1118)

Decided October 11, 1937.

Judgment affirmed en banc without written opinion.

Mr. JOSEPH N. BAXTER, for plaintiff in error.

Mr. H. A. DAVIS, Mr. FRANK F. DOLAN, for defendants in error.